UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LAURINCE O'SHEIGH SIMPSON,** )<br>        )<br>        Petitioner, )<br>        )<br>    vs. )<br>        )<br>**STATE OF CALIFORNIA, et al.,** )<br>        )<br>        Respondent. )<br>_____) | No. CV 08-7277-PA(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: December 5, 2008

_____
Percy Anderson
United States District Judge